SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel.* RUNE KRAFT,<br><br>Plaintiffs,<br><br>v.<br><br>CALPORTLAND CONSTRUCTION, CALPORTLAND COMPANY, CEMEX, INC., a Louisiana Corporation, CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC., a Delaware Limited Liability Company, CEMEX S.A.B. DE C.V., a Public Limited Liability Company of Mexico, HANSON AGGREGATES MID-PACIFIC, INC., a Delaware Corporation, HEIDELBERG CEMENT, A.G., a German Limited Liability Company, LEHIGH HANSON, INC., a Delaware Corporation, TAIHEIYO CEMENT CORPORATION, TAIHEIYO CEMENT USA, INC., and Japanese Corporation, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CV16-04479 JFW(SSx)<br><br>Hon. John F. Walter<br><br>**JUDGMENT OF DISMISSAL** |

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

1  On March 9, 2018, this Court entered an Order granting, without leave to amend, the motion of Defendants CalPortland Construction, CalPortland Company, Taiheiyo Cement U.S.A., Inc. and Hanson Aggregates Mid-Pacific, Inc. to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (DKT 82), which was joined by Defendants CEMEX, Inc., CEMEX Construction Materials Pacific, LLC and Lehigh Hanson, Inc. (DKT 84 & 85). In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice as to Plaintiff Rune Kraft and dismissed without prejudice as to the United States.

2. Plaintiff Rune Kraft shall take nothing from Defendants CalPortland Construction, CalPortland Company, Taiheiyo Cement U.S.A., Inc., Hanson Aggregates Mid-Pacific, Inc., Lehigh Hanson, Inc., CEMEX, Inc. and CEMEX Construction Materials Pacific, LLC.

IT IS SO ORDERED.

Dated: March 27, 2018

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE